AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., and MICHAEL DZIURGOT

*Plaintiff(s)*

v.

Civil Action No. 1:24-cv-20755

ALEBRIJE ENTERTAINMENT LLC, Craig Cole, Matthew Cole, Gustavo Montaudon

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALEBRIJE ENTERTAINMENT LLC
1421 SW 107th Ave #261
Miami, FL 33174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 28, 2024

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., and MICHAEL DZIURGOT<br><br>*Plaintiff(s)*<br>v.<br>ALEBRIJE ENTERTAINMENT LLC, Craig Cole, Matthew Cole, Gustavo Montaudon<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-20755 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Craig Cole
63011 Fresca St
Bend OR 97703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 28, 2024

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., and MICHAEL DZIURGOT <br><br> *Plaintiff(s)* <br> v. <br> ALEBRIJE ENTERTAINMENT LLC, Craig Cole, Matthew Cole, Gustavo Montaudon <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 1:24-cv-20755 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gustavo Montaudon
10463 S LAKE VISTA CIR
DAVIE FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 28, 2024

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., and MICHAEL DZIURGOT <br><br> *Plaintiff(s)* <br><br> v. <br><br> ALEBRIJE ENTERTAINMENT LLC, Craig Cole, Matthew Cole, Gustavo Montaudon <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-20755 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Cole
7042 N Spurwing Rim Pl
Meridian, ID 83646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date: Feb 28, 2024

s/ S.Carlson
Deputy Clerk
U.S. District Courts