# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., and MICHAEL DZIURGOT** | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 1:24-cv-20755-KMW ) |
| **ALEBRIJE ENTERTAINMENT LLC, Craig Cole, Matthew Cole, Gustavo Montaudon** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Lyndsay Dane, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on February 28, 2024, at 2:20 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Craig Cole in Deschutes County, OR on March 2, 2024 at 4:11 pm at 63011 Fresca Street, Bend, OR 97703 by personal service by handing the following documents to an individual identified as Craig Cole.

Summons
Complaint
Cover Sheet
Exhibits

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a)

Documents served directly to Craig Cole at residence.

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=44.0932697645,-121.3087550044
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in

___Deschutes County_____ ,

___OR___ on ___3/4/2024_____ .

/s/ *Lyndsay Dane*
Signature
Lyndsay Dane
+1 (541) 213-8945
2921 NE Nikki Ct. , Unit 1, Bend , OR 97701

