# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **AVR GROUP, LLC; TRIDENT ASSET MANAGEMENT, INC.; and MICHAEL DZIURGOT** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**ALEBRIJE ENTERTAINMENT LLC; Craig Cole; Matthew Cole; Gustavo Montaudon** )<br>)<br>*Defendant* )  | Civil Action No. 1:24-cv-20755 |

## AFFIDAVIT OF SERVICE

I, Maricruz Rodriguez, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on February 28, 2024, at 9:00 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Matthew Cole in Ada County, ID on March 5, 2024 at 1:07 pm at 7042 North Spurwing Rim Place, Meridian, ID 83646 by personal service by handing the following documents to an individual identified as Matthew Cole.

Summons
Cover Sheet
Complaint
Exhibits

Additional Description:
INDIVIDUAL SERVICE: I served the documents to Matthew Cole pursuant to F.S. 48. 031(1)(a)

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 65+, glasses: N, Gray hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=43.598062112,-116.6154569575

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in
  Canyon County                              ,
  ID     on   3/5/2024           .

/s/ *Maricruz Rodriguez*
Signature
Maricruz Rodriguez
+1 (916) 601-4824
2502 Sea Breeze Street, Caldwell, ID 83605