# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT,** individually and as the representatives of a class of similarly- situated persons<br><br>*Plaintiff*<br><br>v.<br><br>**ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10**<br><br>*Defendant* | Civil Action No. 1:24-cv-20755-XXXX |

## AFFIDAVIT OF SERVICE

I, ORLANA ROSAL, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on February 28, 2024, at 5:10 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Gustavo Montaudon in Miami-Dade County, FL on March 1, 2024 at 12:08 pm at 1421 SW 107th Ave, PO BOX 261, Miami, FL 33174 by leaving the following documents with Carlos Rivera who as Manager at UPS Store is authorized by appointment or by law to receive service of process for Gustavo Montaudon.

Summons for ALEBRIJE ENTERTAINMENT LLC
Summons for Gustavo Montaudon
Cover Sheet
Complaint
Exhibits


Additional Description:

SUBSTITUTE SERVICE: I served and explained the contents to the person in charge of the private mailbox/virtual office/executive suite, who confirmed the within named defendant/witness maintained a box/office at this location pursuant to F.S. 48.031(6).

I served the documents to Carlos Rivera, Manager for the UPS Store. I confirmed that the defendant had an active mailbox and delivered the documents at 12:08 PM.

Hispanic or Latino Male, est. age 25-34, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=25.7559905982,-80.3666215407
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in
    Miami-Dade County           ,
    FL      on    3/1/2024           .

/s/ ORLANA ROSAL
_____
Signature
ORLANA ROSAL
10095
+1 (786) 675-2030
9321 SW 4th St , APT 212, Miami, FL 33174



Exhibit 1a)