# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly- situated persons**

*Plaintiff*

v.

**ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10**

*Defendant*

Civil Action No. 1:24-cv-20755-XXXX

## AFFIDAVIT OF SERVICE

I, Alfred Gonzales, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on March 2, 2024, at 12:22 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Gustavo Montaudon in Bexar County, TX on March 11, 2024 at 5:12 pm at 21935 Ruby Run, San Antonio, TX 78259 by posting the documents in a conspicuous place at the premises. I also mailed these documents by certified mail to Gustavo Montaudon on March 15, 2024 to their last known address at 21935 Ruby Run, San Antonio, TX 78259. Certified mail was sent pursuant to Tex. R. Civ. P. 501.2(b)(2

1-7 - Civil Cover Sheet
Complaint
Summons
Summons
Exhibits
Additional Description:

No answer. The vehicle does not appear to have been moved, and the door hanger and flyers are still there.

Certified mail tracking number:
9589 0710 5270 1538 2714 71.

Return receipt tracking number:
9590 9402 7511 2098 9406 31.

Geolocation of Serve: https://google.com/maps?q=29.6472245,-98.4456701
Photograph: See Exhibit 1

Total Cost: $107.60

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in

Bexar County,

TX on 3/20/2024.

/s/ *Alfred Gonzales*

Signature
Alfred Gonzales
PSC8167
+1 (210) 343-9068
911 Viendo, San Antonio, TX 78201

Below are my previous attempts at serving Gustavo Montaudon:

Date / Time: March 2, 2024 6:14 pm
Address: 21935 Ruby Run, San Antonio, TX 78259
Geolocation: https://google.com/maps?q=29.5935046,-98.6282371
Description: No answer

Date / Time: March 6, 2024 9:43 pm
Address: 21935 Ruby Run, San Antonio, TX 78259
Geolocation: https://google.com/maps?q=29.5882441,-98.6306577
Description: No answer.

Date / Time: March 7, 2024 9:10 am
Address: 21935 Ruby Run, San Antonio, TX 78259
Geolocation: https://google.com/maps?q=29.647264,-98.4456873
Description: No answer.

Exhibit 1a)

Exhibit 1b)

Exhibit 1c)
TEXAS
RJN-7257

Exhibit 1d)
USPS TRACKING #
9590 9402 7511 2098 9406 31
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
United States
Postal Service
• Sender: Please print your name, address, and ZIP+4® in this box•

Exhibit 1e)

UNITED STATES POSTAL SERVICE.

CEDAR ELM
5837 DE ZAVALA RD
SAN ANTONIO, TX 78249-9998
(800)275-8777

03/15/2024 03:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $11.70 |
| San Antonio, TX 78259 | | | |
| Weight: 3 lb 13.10 oz | | | |
| Expected Delivery Date | | | |
| Mon 03/18/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: | | | |
| 9589 0710 5270 1538 2714 71 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: | | | |
| 9590 9402 7511 2098 9406 31 | | | |
| Total | | | $19.75 |

Grand Total: $19.75

Credit Card Remit $19.75
Card Name: AMEX
Account #: XXXXXXXXXXX1009
Approval #: 815101
Transaction #: 763
AID: A000000025010801 Chip
AL: AMERICAN EXPRESS
PIN: Not Required

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS)

Exhibit 1f)

UNITED STATES POSTAL SERVICE.

CEDAR ELM
5837 DE ZAVALA RD
SAN ANTONIO, TX 78249-9998
(800)275-8777

03/15/2024 03:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $11.70 |
| San Antonio, TX 78259 | | | |
| Weight: 3 lb 13.10 oz | | | |
| Expected Delivery Date | | | |
| Mon 03/18/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: | | | |
| 9589 0710 5270 1538 2714 71 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: | | | |
| 9590 9402 7511 2098 9406 31 | | | |
| Total | | | $19.75 |

Grand Total: $19.75

Credit Card Remit $19.75
Card Name: AMEX
Account #: XXXXXXXXXXX1009
Approval #: 815101
Transaction #: 763
AID: A000000025010801 Chip
AL: AMERICAN EXPRESS

Exhibit 1g)
SENDER: COMPLETE THIS SECTION
COMPLETE THIS SECTION ON DELIVERY
9590 9402 7511 2098 9406 31
9589 0710 5270 1538 2714 71
PS Form 3811, July 2020 PSN 7530-02-000-9053
Domestic Return Receipt

Proof Job #474893 AVR v. Alebrije Page 10



