UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,<br><br>        Defendants. | Case No. 1:24-cv-20755 |

**NOTICE OF LIMITED APPEARANCE OF COUNSEL
AND DESIGNATION OF EMAIL ADDRESSES**

Undersigned counsel, Michael S. Harwin and Christopher R. Clark and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby enter their limited appearance to challenge the patent personal jurisdictional defects in the Complaint on behalf of Defendant, MATTHEW COLE, in this matter and request that all pleadings, orders and other filings be served upon them at the addresses below:

    Michael S. Harwin, Esq.    Primary:  mharwin@stearnsweaver.com
                                            Secondary:  mhernandez@stearnsweaver.com

    Christopher R. Clark, Esq.    Primary:  crclark@stearnsweaver.com
                                            Secondary:  lrussell@stearnsweaver.com

Respectfully submitted,

*/s/Michael J. Harwin*
Michael J. Harwin, Esq.
Florida Bar No.: 1018578
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

CASE NO: 2016-009644-CA-01 (15)

    200 East Las Olas Boulevard, Suite 2100
    Fort Lauderdale, FL 33301
    Telephone: 954-462-9512
    mharwin@stearnsweaver.com
    mhernandez@stearnsweaver.com

    and

    Christopher R. Clark, Esq.
    Florida Bar No.: 1002388
    Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
    106 East College Avenue, Suite 700
    Tallahassee, FL 32301
    Telephone: 850-329-4853
    crclark@stearnsweaver.com
    lrussell@stearnsweaver.com

2