UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,<br><br>Defendants. | Case No. 1:24-cv-20755 |

## REQUEST FOR JUDICIAL NOTICE

Defendant, Matthew Cole, hereby requests that the Court take judicial notice of the documents attached hereto as Exhibits 1 -2 pursuant to Federal Rule of Evidence 201. This request is made in support of the *Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim for Relief* filed contemporaneously herewith.

**Exhibit 1:** Attached as Exhibit "1" is a true and correct copy of the Second Amended Complaint in the U.S. District Court, Northern District of California, Case No.: 23-cv-00287-VC, *AVR Group v. SAC Advisory Group, LLC*. Federal Rule of Evidence 201 permits Judicial Notice of this Complaint.

**Exhibit 2:** Attached as Exhibit "2" is a true and correct copy of the Second Amended Complaint in the U.S. District Court, Northern District of Illinois, Case No.: 21-cv-01867, *Aronson v. JJMT Capital, LLC*. Federal Rule of Evidence 201 permits Judicial Notice of this Complaint.

Respectfully submitted,

*/s/Michael J. Harwin*
Michael J. Harwin, Esq.
Florida Bar No.: 1018578
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9512
mharwin@stearnsweaver.com
mhernandez@stearnsweaver.com

And

Christopher R. Clark, Esq.
Florida Bar No.: 1002388
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: 850-329-4853
crclark@stearnsweaver.com
lrussell@stearnsweaver.com

#12599576 v1