UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-KMW

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,

    *Plaintiffs,*

v.

ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS ALEBRIJE ENTERTAINMENT, LLC and GUSTAVO MONTAUDON

ADAM I. SKOLNIK, of LAW OFFICE OF ADAM I. SKOLNIK, P.A., hereby gives notice of his appearance as counsel on behalf of Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON ("Defendants"). Service for all notices, pleadings, orders and other papers served, or required to be served, in this action should be given and served upon:

ADAM I. SKOLNIK, ESQ.
Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Boulevard, Suite 207
Deerfield Beach, Florida 33442
Telephone: 561-265-1120
Facsimile: 561-265-1828
Primary Email: askolnik@skolniklawpa.com
Secondary Email: fskolnik@skolniklawpa.com
Service Email: courts@skolniklawpa.com

ADAM I. SKOLNIK, P.A.
1761 WEST HILLSBORO BOULEVARD ✱ SUITE 201 ✱ DEERFIELD BEACH ✱ FLORIDA ✱ 33442 ✱ TEL: 561.265.1120 ✱ FAX: 561.265.1128
WWW.SKOLNIKLAWPA.COM

4860-6205-6624, v. 1         1

Dated: March 22, 2024

Respectfully submitted,

LAW OFFICE OF ADAM I. SKOLNIK, P.A.

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
*ATTORNEY FOR* DEFENDANTS
1761 WEST HILLSBORO BOULEVARD, SUITE 207
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:      561.265.1120
FACSIMILE:       561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM