UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-KMW

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,**

    *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,**

    *Defendants.*

_____/

**DEFENDANT ALEBRIJE ENTERTAINMENT, LLC**
**CORPORATE DISCLOSURE STATEMENT**

    Defendant, ALEBRIJE ENTERTAINMENT, LLC, pursuant to Fed.R.Civ.P. 7.1(a), states:

    ALEBRIJE ENTERTAINMENT, LLC, has no parent corporation and no publicly held corporation owns ten (10%) percent or more of ALEBRIJE ENTERTAINMENT, LLC.

Dated:  March 22, 2024        Respectfully submitted,

                                LAW OFFICE OF ADAM I. SKOLNIK, P.A.

                                  /s/ *Adam I. Skolnik*
                                ADAM I. SKOLNIK
                                FLORIDA BAR NO. 728081
                                *ATTORNEY FOR* ALEBRIJE ENTERTAINMENT, LLC
                                1761 WEST HILLSBORO BOULEVARD, SUITE 207
                                DEERFIELD BEACH, FLORIDA 33442
                                TELEPHONE:     561.265.1120
                                FACSIMILE:     561.265.1828
                                ASKOLNIK@SKOLNIKLAWPA.COM