UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-KMW

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,**

    *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,**

    *Defendants.*

_____/

**[*PROPOSED*] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENTION OF TIME TO RESPOND TO PLAINTFF'S COMPLAINT**

THIS MATTER having come before the Court on Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (the "Motion").  For good cause shown, and having reviewed the Motion, being advised of the agreement of the parties, it is hereby,

ORDERED and ADJUDGED that:

1.    The Motion is **GRANTED**.

2.    Defendants ALEBRIJE ENTERTAINMENT LLC and Gustavo Montaudon have until April 21, 2024 to answer, move or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED** this _____ day of March 2024.

 

                                                                _____
                                                                HON. KATHLEEN M. WILLIAMS
                                                                 UNITED STATES DISTRICT JUDGE