UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10, <br><br> Defendants. | Civil Action No.: 1:24-cv-20755 |

**NOTICE REGARDING SUBJECT MATTER JURISDICTION**

Plaintiff, AVR GROUP, LLC, by and through her undersigned attorneys, hereby responds to this Court's Order (Doc. 23), as follows:

1. Plaintiff, AVR GROUP, LLC, is a Nevada limited liability company whose only member is Joseph Patrick McNulty, a citizen of California and domiciled in California. (Doc. 1 at ¶ 9).

Dated: March 28, 2024

Respectfully submitted,

AVR GROUP, LLC,

By: /s/ Ross M. Good
Ross M. Good – FL Bar No.: 116405

Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone: (312) 772-5396
Direct: (786) 539-3952
ross@loftusandeisenberg.com