UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-DSL

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,**

   *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,**

   *Defendants.*
_____/

**DEFENDANT ALEBRIJE ENTERTAINMENT, LLC
NOTICE OF COMPLIANCE**

Defendant, ALEBRIJE ENTERTAINMENT, LLC, ("Alebrije"), by and through undersigned counsel, and pursuant to this Court's paperless order, dated March 25, 2024, [ECF 23], hereby identifies the following members, and the citizenship of each of its members. states as follows:

   1.   ALEBRIJE ENTERTAINMENT, LLC is a Florida limited liability company. The members of Alebrije are: Gustavo Montaudon ("Montaudon") and Javier Salgado ("Salgado").

   a.   Montaudon maintains dual-citizenship with the United States of America and Mexico, and is a non-domiciled resident of the State of Texas, as he is waiting for the State of Texas to process his state citizenship paperwork. Prior to the State of Texas, Montaudon was, and is, a resident of the State of Florida.

   b.  Salgado, maintains dual-citizenship with the United States of America and Mexico and is a citizen of the State of Florida.

Dated: April 3, 2024   Respectfully submitted,

   LAW OFFICE OF ADAM I. SKOLNIK, P.A.

   /s/ *Adam I. Skolnik*
   ADAM I. SKOLNIK
   FLORIDA BAR NO. 728081
   *ATTORNEY FOR* ALEBRIJE ENTERTAINMENT, LLC
   1761 WEST HILLSBORO BOULEVARD, SUITE 207
   DEERFIELD BEACH, FLORIDA 33442
   TELEPHONE: 561.265.1120
   FACSIMILE: 561.265.1828
   ASKOLNIK@SKOLNIKLAWPA.COM

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on April 3, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

   /s/ *Adam I. Skolnik*
   ADAM I. SKOLNIK

4882-7099-4100, v. 1