UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-DSL

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,

  *Plaintiffs,*

v.

ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,

  *Defendants.*
_____/

**DEFENDANTS ALEBRIJE ENTERTAINMENT, LLC and GUSTAVO MONTAUDON UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants, ALEBRIJE ENTERTAINMENT LLC ("Alebrije") and GUSTAVO MONTAUDON ("Montaudon") (collectively "Alebrije Defendants"), respectfully requests an extension of time until and including May 6, 2024, to answer, move or otherwise plead in response to Plaintiff's Complaint.

  1. This action was filed on February 27, 2024. [DE #1].

  2. The Defendants were served on or about March 1, 2024, that mandated a response date of March 22, 2024. [DE #13].

1

3. Defendants retained the undersigned counsel on March 21, 2024 and filed an Unopposed Motion for Extension of Time to Respond to Plaintiff' Complaint to April 21, 2024. [D.E. 20].

4. The Court GRANTED the Defendants' Motion for Extension of Time. [DE #21].

5. The Defendants require additional time, and have discussed the reasons with Plaintiff's counsel, including that the undersigned was afflicted with COVID.

6. On April 18, 2024, Plaintiff's counsel, Ross Good agreed to the requested extension.

7. This is the Defendants' second request to enlarge its responsive pleading deadline, which is currently April 22, 2024.

8. This Motion is brought in good faith and not for the purpose of delay, and the granting of the relief sought herein will not prejudice the parties or the litigation, and Plaintiff does not oppose the relief sought.

9. In accordance with Local Rule 7.1(a)(2) and Section 3I(6) of the CM/ECF Administrative Procedures, Defendants are filing a copy of a Proposed Order herewith and emailing a Word version of the same to the presiding judge at leibowitz@flsd.uscourts.gov.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Unopposed Motion for an Extension of Time and allow Defendant until May 6, 2024 to file an Answer to or Otherwise Respond to Plaintiff's Complaint.

### CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

**I HEREBY CERTIFY** that on April 18, 2024, Defendants' counsel conferred in good faith with Plaintiff's counsel, Ross M. Good, who consents to the relief requested herein.

Dated: April 18, 2024

Respectfully submitted,

LAW OFFICE OF ADAM I. SKOLNIK, P.A.

_/s/ Adam I. Skolnik_
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
*ATTORNEY FOR* DEFENDANTS
1761 WEST HILLSBORO BOULEVARD, SUITE 207
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:  561.265.1120
FACSIMILE:  561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

_/s/ Adam I. Skolnik_
ADAM I. SKOLNIK

4889-7759-5063, v. 1