UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-DSL

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,**

    *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,**

    *Defendants.*

_____/

### [*PROPOSED*] ORDER GRANTING UNOPPOSED SECOND MOTION FOR AN EXTENTION OF TIME TO RESPOND TO PLAINTFF'S COMPLAINT

THIS MATTER having come before the Court on Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (the "Motion").  For good cause shown, and having reviewed the Motion, being advised of the agreement of the parties, it is hereby,

ORDERED and ADJUDGED that:

1.    The Motion is **GRANTED**.

2.    Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON have until May 6, 2024 to answer, move or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED** this _____ day of April 2024.

                                                  _____
                                                 HON. DAVID S. LEIBOWITZ
                                                UNITED STATES DISTRICT JUDGE