UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

**AVR GROUP LLC,**
**TRIDENT ASSET MANAGEMENT, INC.,**
**and MICHAEL DZIURGOT,**

    *Plaintiffs*,

v.

**ALEBRIJE ENTERTAINMENT LLC,**
**CRAIG COLE, MATTHEW COLE**
**GUSTAVO MONTAUDON,**
**and JOHN DOES 1-10,**

    *Defendants*.
_____/

## ORDER

Before the Court is Defendants Alebrije Entertainment LLC and Gustavo Montaudon's Unopposed Second Motion for an Extension of Time to Respond to Plaintiff's Complaint [ECF No. 28] filed on April 18, 2024. Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 28**] is **GRANTED.** Defendants Alebrije Entertainment LLC and Gustavo Montaudon shall respond to Plaintiffs' Complaint **no later than May 6, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on April 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record