UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-DSL

**AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,**

    *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,**

    *Defendants.*

_____/

### [*PROPOSED*] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE MOTION TO DISMISS

THIS MATTER having come before the Court on Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON Unopposed Motion for Leave to File Separate Motion to Dismiss (the "Motion") [DE 31]. For good cause shown, and having reviewed the Motion, being otherwise informed, it is hereby,

**ORDERED** and **ADJUDGED** that:

1. The Motion [DE 31] is **GRANTED**.

2. Defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON may file a separate response to Plaintiff's Complaint [DE 1] no later than **May 6, 2024**.

**IT IS SO ORDERED** this _____ day of April 2024.

 

                                                                                                           _____
                                                                                                        HON. DAVID S. LEIBOWITZ
                                                                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record