UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,<br><br>　　　　Defendants. | Case No. 1:24-cv-20755 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that FRANCIS D. MURRAY and the law firm of STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC, file their Notice of Appearance as counsel for Defendant Craig Cole, and request that copies of all future pleadings be sent to undersigned counsel.

Dated: April 19, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**STUMPHAUZER KOLAYA**
　　　　　　　　　　　　　　　　　　**NADLER & SLOMAN, PLLC**
　　　　　　　　　　　　　　　　　　2 South Biscayne Boulevard, Suite 1600
　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　Telephone: (305) 614-1400

　　　　　　　　　　　　　　　　　　By:　　*/s/ Francis D. Murray*
　　　　　　　　　　　　　　　　　　　　　FRANCIS D. MURRAY
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 108567
　　　　　　　　　　　　　　　　　　　　　fmurray@sknlaw.com

1

Case No. 1:24-cv-20755

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Francis D. Murray*
FRANCIS D. MURRAY