UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

AVR GROUP LLC,
TRIDENT ASSET MANAGEMENT, INC.,
and MICHAEL DZIURGOT,

    *Plaintiffs*,

v.

ALEBRIJE ENTERTAINMENT LLC,
CRAIG COLE, MATTHEW COLE
GUSTAVO MONTAUDON,
and JOHN DOES 1-10,

    *Defendants*.
_____/

## ORDER

Before the Court is Defendants Alebrije Entertainment, LLC and Gustavo Montaudon's Unopposed Request for Leave to File Separate Motion to Dismiss [ECF No. 31] filed on April 19, 2024.  Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 31**] is **GRANTED.**  Defendants Alebrije Entertainment, LLC and Gustavo Montaudon may file a separate response to Plaintiff's Complaint [ECF No. 1] **no later than May 6, 2024.**

**DONE AND ORDERED** in the Southern District of Florida on April 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record