## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC; TRIDENT ASSET MANAGEMENT, INC.; and MICHAEL DZIURGOT, individually and on behalf of a putative class,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC; CRAIG COLE; MATTHEW COLE; GUSTAVO MONTAUDON; and JOHN DOE NOS. 1–10,<br><br>*Defendants*. | Case No. 1:24-cv-20755-DSL |

### [PROPOSED] ORDER

Before the Court is Defendant Craig Cole's Unopposed Motion for Extension of Time to Respond to the Complaint (hereafter, the "Motion") dated April 22, 2024. Upon due consideration, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Craig Cole may file a separate response to the Class Action Complaint (D.E. 1) on or before April 26, 2024.

**DONE AND ORDERED** in the Southern District of Florida on April __, 2024.

 

                                                 **DAVID S. LEIBOWITZ**
                                     **UNITED STATES DISTRICT JUDGE**

cc: counsel of record