UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

**AVR GROUP LLC,**
**TRIDENT ASSET MANAGEMENT, INC.,**
**and MICHAEL DZIURGOT,**

*Plaintiffs*,

v.

**ALEBRIJE ENTERTAINMENT LLC,**
**CRAIG COLE, MATTHEW COLE**
**GUSTAVO MONTAUDON,**
**and JOHN DOES 1-10,**

*Defendants*.
_____/

# ORDER

Before the Court is Defendant Craig Cole's Unopposed Motion for Extension of Time to Respond to the Complaint [ECF No. 35] filed on April 22, 2024. Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 35**] is **GRANTED.** Defendant Craig Cole shall respond to Plaintiffs' Complaint **no later than May 6, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on April 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record