UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20755-DSL

AVR GROUP LLC *et al*,

    *Plaintiffs*,

vs.

ALEBRIJE ENTERTAINMENT LLC *et al*,

    *Defendants*.
_____/

### NOTICE OF CHANGE OF ADDRESS AND
### REQUEST FOR NOTICES TO NEW DESIGNATED EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Craig Cole, hereby gives notice to this Honorable Court and all interested parties that Francis D. Murray, Esq. has updated his contact information as follows:[1]

**FRANCIS D. MURRAY, ESQ.**
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 S. Biscayne Boulevard, 1600
Miami, Florida 33131

### E-MAIL DESIGNATION:

Primary E-Mail:  fmurray@sknlaw.com

---

[1] The undersigned and his law firm have made a limited appearance to contest this Court's jurisdiction over Defendant Craig Cole.

- 1 -

Respectfully submitted,

**Stumphauzer Kolaya Nadler & Sloman, PLLC**
*Attorney for Defendant*
2 S. Biscayne Boulevard, 1600
Miami, Florida 33131
Tel: (305) 614-1408


By:     /s/ *Francis D. Murray*
        Francis D. Murray
        Fla. Bar No.: 108567
        fmurray@sknlaw.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2024, I electronically filed the foregoing through the Florida Court's E-Filing Portal, which will serve a true and correct copy of same on all counsel of records via e-service notification.


By: /s/ *Francis D. Murray*
    Francis D. Murray

- 2 -

Stumphauzer Kolaya Nadler & Sloman, PLLC | Two S. Biscayne Boulevard, Suite 1600 | Miami, FL 33131 | T: (305) 614-1400 | F: (305) 614-1425
www.sknlaw.com