UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-20755-DSL

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,

    *Plaintiffs,*

v.

ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,

    *Defendants.*

_____/

## NOTICE OF JOINDER BY DEFENDANTS ALEBRIJE ENTERTAINMENT, LLC AND GUSTAVO MONTAUDON IN MATTHEW COLE'S MOTION FOR JUDICIAL NOTICE

Defendants, ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON, by and through the undersigned attorney, respectfully joins in co-defendant, Matthew Cole's Motion for Judicial Notice [D.E. 41].

Dated: May 6, 2024

Respectfully submitted,

LAW OFFICE OF ADAM I. SKOLNIK, P.A.

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
*ATTORNEY FOR* DEFENDANTS:
    ALEBRIJE ENTERTAINMENT LLC and
    GUSTAVO MONTAUDON
1761 WEST HILLSBORO BOULEVARD, SUITE 207
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM