UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ/GOODMAN

**AVR GROUP LLC,** et al.*,*

   *Plaintiffs*,

v.

**ALEBRIJE ENTERTAINMENT LLC** et al.**,**

   *Defendants.*

_____/

# ORDER REQUIRING SCHEDULING REPORT
# AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 22, 2024**. In addition, by **May 22, 2024,** the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

---

[1] The parties must not include Judge Leibowitz or U.S. Magistrate Judge Goodman as interested parties unless the judge has an interest in the litigation.