**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) ) ) Civil Action No.: 1:24-cv-20755 |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10, | ) ) ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' pending Motions to Dismiss. (D.E. 40, 43, 45). Upon due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion is GRANTED. Plaintiffs may file responses to Defendants' Motions to Dismiss (D.E. 40, 43, 45) on or before June 14, 2024.

**DONE AND ORDERED** in the Southern District of Florida on May __, 2024.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record