UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ/GOODMAN

**AVR GROUP LLC, et al.,**

    *Plaintiffs*,

v.

**ALEBRIJE ENTERTAINMENT LLC, et al.,**

    *Defendants*.

_____/

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' pending Motions to Dismiss [ECF No. 49]. Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 49**] is **GRANTED.** The Plaintiffs shall file Response to the outstanding Motions to Dismiss **no later than June 14, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on May 10, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record