UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons,<br><br>     Plaintiff,<br>v.<br><br>ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:24-cv-20755-DSL-JG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby file their Certificate of Interested Parties and Corporate Disclosure Statement. Defendants respectfully state as follows:

### Interested Parties

  A. AVR GROUP, LLC c/o
     LOFTUS & EISENBERG, LTD.
     161 Clark, Suite 1600
     Chicago, Illinois 60601
     *Plaintiff*

  B. TRIDENT ASSET MANAGEMENT, INC. c/o
     LOFTUS & EISENBERG, LTD.
     162 Clark, Suite 1600
     Chicago, Illinois 60601
     *Plaintiff*

  C. MICHAEL DZIURGOT c/o
     LOFTUS & EISENBERG, LTD.

        163 Clark, Suite 1600
        Chicago, Illinois 60601
        *Plaintiff*

D.    LOFTUS & EISENBERG, LTD. c/o
        161 N. Clark, Suite 1600
        Chicago, Illinois 60601
        *Counsel for Plaintiffs*

E.    Joseph McNulty c/o
        LOFTUS & EISENBERG, LTD.
        164 Clark, Suite 1600
        Chicago, Illinois 60601
        *Owner of AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC*

F.    ALEBRIJE ENTERTAINMENT LLC c/o
        Law Office of Adam I. Skolnik, P.A.
        1761 West Hillsboro Blvd., Suite 207
        Deerfield Beach, FL 33442
        *Defendant*

G.    GUSTAVO MONTAUDON c/o
        Law Office of Adam I. Skolnik, P.A.
        1761 West Hillsboro Blvd., Suite 207
        Deerfield Beach, FL 33442
        *Defendant*

H.    CRAIG COLE c/o
        Stumphauzer Kolaya Nadler & Sloman
        2 South Biscayne Blvd, Suite 1600
        Miami, FL 33131
        *Defendant*

I.    MATTHEW COLE c/o
        Stearns Weaver Miller Weissler
        Alhadeff & Sitterson, P.A.
        150 West Flagler St., Suite 2200
        Miami, FL 33130
        *Defendant*

## **Corporate Disclosure**

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC are each privately held in Nevada and California respectively by Joseph McNulty. No publicly held company

owns ten percent (10%) or more shares of either AVR GROUP, LLC. or TRIDENT ASSET MANAGEMENT, INC.

Respectfully submitted,

/s/ Ross M. Good
Ross M. Good – FL Bar No.: 116405

Ross Good, Esq.
Alexander N. Loftus, Esq. (Pro Hac Vice)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone:  (312) 772-5396
Direct: (786) 539-3952
ross@loftusandeisenberg.com
alex@loftusandeisenberg.com
Attorneys for Plaintiffs

DATE: May 22, 2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ross M. Good
 Ross M. Good – FL Bar No.: 116405

Ross Good, Esq.
Alexander N. Loftus, Esq. (Pro Hac Vice)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone:  (312) 772-5396
Direct: (786) 539-3952
ross@loftusandeisenberg.com
alex@loftusandeisenberg.com
Attorneys for Plaintiffs