UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,<br><br>    Defendants. | Case No. 1:24-cv-20755 |

**DEFENDANT MATTHEW COLE'S CERITIFCATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Defendant Matthew Cole hereby files the instant *Certificate of Interested Parties and Disclosure Statement*:

**I.  INTERESTED PARTIES**

The name of each person, attorney, association of persons, firm, law firm,

1

partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

>**Matthew Cole**
>Resident of Ada County, Idaho
>c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
>150 West Flagler St., Suite 2200
>Miami, FL 33130
>*Defendant*
>
>**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
>150 West Flagler St., Suite 2200
>Miami, FL 33130
>*Counsel for Defendant, Matthew Cole*
>
>**Christopher R. Clark**
>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
>150 West Flagler St., Suite 2200
>Miami, FL 33130
>*Attorney for Defendant, Matthew Cole*
>
>**Michael J. Harwin**
>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
>150 West Flagler St., Suite 2200
>Miami, FL 33130
>*Attorney for Defendant, Matthew Cole*
>
>**AVR Group, LLC**
>c/o LOFTUS & EISENBERG, LTD.
>161 Clark, Suite 1600
>Chicago, Illinois 60601
>*Plaintiff*
>
>**Trident Asset Management, INC.**
>**c/o LOFTUS & EISENBERG, LTD.**
>162 Clark, Suite 1600
>Chicago, Illinois 60601

*Plaintiff*

**Michael Dziurgot**
c/o LOFTUS & EISENBERG, LTD.
163 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**LOFTUS & EISENBERG, LTD.**
161 N. Clark, Suite 1600
Chicago, Illinois 60601
*Counsel for Plaintiffs*

**Joseph McNulty**
c/o LOFTUS & EISENBERG, LTD.
164 Clark, Suite 1600
Chicago, Illinois 60601
*Owner of AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC*

**Alebrije Entertainment**, **LLC**
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Defendant*

**Gustavo Montaudon**
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Defendant*

**Law Office of Adam I. Skolnik, P.A.**
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Counsel for Defendant Gustavo Montaudon & Alebrije Entertainment, LLC*

**Craig Cole**
c/o Stumphauzer Kolaya Nadler & Sloman
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131

*Defendant*

**Stumphauzer Kolaya Nadler & Sloman**
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Michele Vives, Esq.**
Court Appointed Receiver of 1inMM Capital, LLC
Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL
(312) 902-5200

II.   **RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Matthew Cole, is an individual and citizen of Idaho residing in Ada County, Idaho, and is not subject to the corporate disclosure requirements as an individual.

Respectfully submitted,

*/s/Michael J. Harwin*
Michael J. Harwin, Esq.
Florida Bar No.: 1018578
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301
Telephone: 954-462-9512
mharwin@stearnsweaver.com
mhernandez@stearnsweaver.com

And

Christopher R. Clark, Esq.
Florida Bar No.: 1002388
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: 850-329-4853
crclark@stearnsweaver.com
lrussell@stearnsweaver.com