**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AVR GROUP, LLC; TRIDENT ASSET MANAGEMENT, INC.; and MICHAEL DZIURGOT, individually and on behalf of a putative class,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC; CRAIG COLE; MATTHEW COLE; GUSTAVO MONTAUDON; and JOHN DOE NOS. 1–10,<br><br>   *Defendants*. | Case No. 1:24-cv-20755 |

## DEFENDANT CRAIG COLE'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT[1]

Defendant Craig Cole, pursuant to Federal Rule of Civil Procedure 7.1, hereby files this Certificate of Interested Parties and Disclosure Statement.

### I. INTERESTED PARTIES

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

---

[1] Defendant Craig Cole files this certificate and statement as directed by the Court, but does so without intending to waive or forfeit his Rule 12 defenses, including that this Court lacks personal jurisdiction over him.

**Craig Cole**
Resident of Oregon
c/o Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Defendant*

**Stumphauzer Kolaya Nadler & Sloman, PLLC**
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Ryan K. Stumphauzer**
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Francis D. Murray**
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Amy M. Bowers**
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Matthew Cole**
Resident of Idaho
c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200
Miami, FL 33130
*Defendant*

**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
150 West Flagler St., Suite 2200
Miami, FL 33130
*Counsel for Defendant Matthew Cole*

**Christopher R. Clark**
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200

Miami, FL 33130
*Attorney for Defendant Matthew Cole*

**Michael J. Harwin**
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200
Miami, FL 33130
*Attorney for Defendant Matthew Cole*

**AVR Group, LLC**
c/o LOFTUS & EISENBERG, LTD.
161 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**Trident Asset Management, INC.**
c/o LOFTUS & EISENBERG, LTD.
162 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**Michael Dziurgot**
c/o LOFTUS & EISENBERG, LTD.
163 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**LOFTUS & EISENBERG, LTD.**
161 N. Clark, Suite 1600
Chicago, Illinois 60601
*Counsel for Plaintiffs*

**Joseph McNulty**
c/o LOFTUS & EISENBERG, LTD.
164 Clark, Suite 1600
Chicago, Illinois 60601
*Owner of AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC*

**Alebrije Entertainment, LLC**
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207 Deerfield Beach, FL 33442
*Defendant*

**Gustavo Montaudon**
c/o Law Office of Adam I. Skolnik, P.A. 1761

West Hillsboro Blvd., Suite 207 Deerfield Beach, FL 33442
*Defendant*

**Adam I. Skolnick**
1761 West Hillsboro Blvd., Suite 207 Deerfield Beach, FL 33442
*Counsel for Defendant Gustavo Montaudon & Alebrije Entertainment, LLC*

**Law Office of Adam I. Skolnik, P.A.**
1761 West Hillsboro Blvd., Suite 207 Deerfield Beach, FL 33442
*Counsel for Defendant Gustavo Montaudon & Alebrije Entertainment, LLC*

**Michele Vives, Esq.**
Court Appointed Receiver of 1inMM Capital, LLC
Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL
(312) 902-5200

## II.   RULE 7.1 DISCLOSURE STATEMENT

Defendant Craig Cole is a resident of Oregon and, as an individual, is not subject to corporate disclosure requirements.

Dated: May 22, 2024

        Respectfully submitted,

        **STUMPHAUZER KOLAYA**
        **NADLER & SLOMAN, PLLC**
        2 S. Biscayne Boulevard, Suite 1600
        Miami, Florida 33131
        Tel.: (305) 614-1400

        By: */s/ Francis D. Murray*
            Francis D. Murray (FBN: 108567)
            Ryan K. Stumphauzer (FBN: 12176)
            Amy M. Bowers (FBN: 105755)

        Email: fmurray@sknlaw.com
               rstumphauzer@sknlaw.com
               abowers@sknlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Francis D. Murray*
FRANCIS D. MURRAY