UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20755-DSL

AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly situated persons,

    *Plaintiffs,*

v.

ALEBRIJE ENTERTAINMENT, LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10,

    *Defendants.*
_____/

**DEFENDANTS ALEBRIJE ENTERTAINMENT, LLC and GUSTAVO MONTAUDON CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order dated May 6, 2024 [D.E. 48], Defendants, ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON, hereby discloses the following information:

**I.  INTERESTED PARTIES**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

**Alebrije Entertainment**, LLC
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Defendant*

1

4866-4597-3441, v. 1

**Gustavo Montaudon**
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Defendant*

**Law Office of Adam I. Skolnik, P.A.**
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Counsel for Defendants Gustavo Montaudon & Alebrije Entertainment, LLC*

**Adam I. Skolnik, Esq.**
c/o Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Blvd., Suite 207
Deerfield Beach, FL 33442
*Attorney for Defendants Gustavo Montaudon & Alebrije Entertainment, LLC*

**AVR Group, LLC**
c/o Loftus & Eisenberg, Ltd.
161 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**Trident Asset Management, INC.**
c/o Loftus & Eisenberg, Ltd.
162 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**Michael Dziurgot**
c/o Loftus & Eisenberg, Ltd.
163 Clark, Suite 1600
Chicago, Illinois 60601
*Plaintiff*

**Joseph McNulty**
c/o Loftus & Eisenberg, Ltd.
164 Clark, Suite 1600
Chicago, Illinois 60601
*Owner of AVR Group, LLC and Trident Asset Management, Inc.*

**Loftus & Eisenberg, Ltd.**
161 N. Clark, Suite 1600
Chicago, Illinois 60601
*Counsel for Plaintiffs*

**Ross Good, Esq.**
c/o Loftus & Eisenberg, Ltd.
164 Clark, Suite 1600
Chicago, Illinois 60601
*Attorney for Plaintiffs*

**Alexander N. Loftus, Esq.**
c/o Loftus & Eisenberg, Ltd.
164 Clark, Suite 1600
Chicago, Illinois 60601
*Attorney for Plaintiffs*

**Craig Cole**
c/o Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Defendant*

**Stumphauzer Kolaya Nadler & Sloman, PLLC**
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Counsel for Defendant Craig Cole*

**Ryan K. Stumphauzer, Esq.**
c/o Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Attorney for Defendant Craig Cole*

**Francis D. Murray, Esq.**
c/o Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Attorney for Defendant Craig Cole*

**Amy M. Bowers, Esq.**
c/o Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Blvd, Suite 1600
Miami, FL 33131
*Attorney for Defendant Craig Cole*

**Matthew Cole**
c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200
Miami, FL 33130
*Defendant*

**Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.**
150 West Flagler St., Suite 2200
Miami, FL 33130
*Counsel for Defendant Matthew Cole*

**Christopher R. Clark, Esq.**
c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200
Miami, FL 33130
*Attorney for Defendant Matthew Cole*

**Michael J. Harwin, Esq.**
c/o Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler St., Suite 2200
Miami, FL 33130
*Attorney for Defendant Matthew Cole*

**Michele Vives**
c/o Douglas Wilson Companies
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
*Court Appointed Receiver of 1inMM Capital, LLC*

**Katten Muchin Rosenman, LLP**
525 West Monroe St.
Chicago, IL 60661
*Counsel for Court Appointed Receiver of 1inMM Capital, LLC*

**Terence G. Banich, Esq.**
c/o Katten Muchin Rosenman, LLP
525 West Monroe St.
Chicago, IL 60661
*Attorney for Court Appointed Receiver of 1inMM Capital, LLC*

**Allison E. Yager, Esq.**
c/o Katten Muchin Rosenman, LLP
525 West Monroe St.
Chicago, IL 60661
*Attorney for Court Appointed Receiver of 1inMM Capital, LLC*

4866-4597-3441, v. 1

## II. RULE 7.1 DISCLOSURE STATEMENT[1]

1. Defendant Alebrije Entertainment LLC, has no parent corporation and no publicly held corporation, owns ten (10%) percent or more of ALEBRIJE ENTERTAINMENT, LLC.

Dated: May 22, 2024

Respectfully submitted,

LAW OFFICE OF ADAM I. SKOLNIK, P.A.

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
ATTORNEY FOR DEFENDANTS, Alebrije Entertainment LLC
          and Gustavo Montaudon
1761 WEST HILLSBORO BOULEVARD, SUITE 207
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK

---

[1] Defendant Alebrije Entertainment, LLC, files this certificate of interested parties and corporate disclosure statements, despite having previously filed its Corporate Disclosure Statement on March 22, 2024. *See* [D.E. 19].