**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AVR GROUP, LLC; TRIDENT ASSET MANAGEMENT, INC.; and MICHAEL DZIURGOT, individually and on behalf of a putative class,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ALEBRIJE ENTERTAINMENT, LLC; CRAIG COLE; MATTHEW COLE; GUSTAVO MONTAUDON; and JOHN DOE NOS. 1–10,<br><br>*Defendants*. | Case No. 1:24-cv-20755 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

THIS CAUSE is before the Court on Defendant Craig Cole's Unopposed Motion to Extend the Deadline to Reply to Plaintiff's Response to Defendant's Motion to Dismiss [D.E. ___], and the Court having considered the motion and all other relevant factors, it is:

ORDERED and ADJUDGED that the Motion [D.E. ___] is GRANTED. Defendant Craig Cole shall file his reply by no later than July 1, 2024.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June 2024.

_____
Hon. David S. Leibowitz
United States District Judge

Copies furnished to: All Counsel of Record