UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ/GOODMAN

AVR GROUP, LLC, et al.,

    *Plaintiffs*,

v.

ALEBRIJE ENTERTAINMENT,
LLC, *et al.*,

    *Defendants*.

_____/

## ORDER

Before the Court is Defendant Craig Cole's Unopposed Motion for Extension of Time to File Reply in Support of His Motion to Dismiss [ECF No. 61], filed on June 20, 2024. Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 61**] is **GRANTED.** Defendant Craig Cole may file a reply to Plaintiff's Response Defendant Cole's Motion to Dismiss **no later than July 1, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on June 20, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record