UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **1:24-cv-20755**

**AVR Group LLC, Michael Dziurgot,
and Trident Asset Management, Inc.**

    Plaintiff

vs.

**Alebrije Entertainment LLC, Craig
Cole, Gustavo Montaudon, and
Matthew Cole**

    Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney **Ross Good** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **The Good Law Group**

Address: **800 E. NORTHWEST HIGHWAY
SUITE 814
PALATINE, IL 60074
direct: (847) 600-9576
ross@thegoodlawgroup.com**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Michael J. Harwin, Esq.: mharwin@stearnsweaver.com

Christopher R. Clark, Esq.: crclark@stearnsweaver.com

Adam I. Skolnik, Esq.: askolnik@skolniklawpa.com

Francis D. Murray, Esq.: fmurray@sknlaw.com

Dated: 7/9/2024

Respectfully submitted,

**Ross Good**  **0116405**
*Attorney Name*  *Bar Number*

**ross@thegoodlawgroup.com**
*Attorney E-mail Address*

**The Good Law Group**
*Firm Name*

**800 E. NORTHWEST HIGHWAY, SUITE 814**
*Street Address*

**PALATINE, IL 60074**
*City, State, Zip Code*

**(847) 600-9576**
*Telephone: (xxx)xxx–xxxx*  *Facsimile: (xxx)xxx–xxxx*

**AVR Group LLC, Michael Dziurgot, and Trident Asset Management, Inc.**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*