UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

AVR GROUP, LLC, TRIDENT ASSET
MGMT. GROUP, INC. and MICHAEL
DZIURGOT,

    *Plaintiffs*,

v.

ALEBRIJE ENTERTAINMENT, LLC,
et al.,

    *Defendants*.
_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that the hearing on Defendant's Motion to Dismiss [ECF No. 45], filed on May 6, 2024, scheduled for Wednesday, August 21, 2024, at 2:00 p.m. is RESCHEDULED for **Friday, August 23, 2024, at 2:30 p.m.** Counsel of record must appear in person at Courtroom 202A, United States Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record