## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10, <br><br> Defendants. | Civil Action No.: 1:24-cv-20755-DSL-JG |

### [*PROPOSED*] ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER having come before the Court on Plaintiffs, AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, Motion to withdraw. For good cause shown, and having reviewed the Motion, being fully advised, it is hereby, ORDERED and ADJUDGED that:

1. The Motion is **GRANTED**.

2. Ross Good is granted leave to withdraw.

**IT IS SO ORDERED** this _____ day of August 2024.

_____
HON. DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

2