UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

**AVR GROUP, LLC,** *et al.*,
    *Plaintiffs,*

v.

**ALEBRIJE ENTERTAINMENT LLC,** *et al.*,
    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the Motion to Withdraw as Counsel of Record for Plaintiffs AVR Group, LLC, Trident Asset Management, Inc., and Michael Dziurgot (the "Motion") [ECF No. 75], filed August 12, 2024, by Ross M. Good, counsel for Plaintiffs. Upon review of the Motion, counsel claims there are irreconcilable differences with the Plaintiffs' remaining counsel. However, Attorney Good is the only counsel for Plaintiffs who is admitted to the Florida bar. The remaining counsel for Plaintiffs, Alexander Nicholas Loftus, was admitted *pro hac vice*. [ECF No. 10].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 75**] is **DENIED.** However, Plaintiffs shall have until **September 12, 2024**, to find new local counsel, or otherwise face possible dismissal of the lawsuit pursuant to S.D. Fla. L. R. 4(b). Once Plaintiffs find new local counsel, Attorney Good may file a new motion to withdraw.

**DONE AND ORDERED** in the Southern District of Florida on August 12, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record