UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT, individually and as the representatives of a class of similarly-situated persons, <br><br> Plaintiff, <br> v. <br><br> ALEBRIJE ENTERTAINMENT LLC, CRAIG COLE, MATTHEW COLE, GUSTAVO MONTAUDON, and John Does 1-10, <br><br> Defendants. | Civil Action No.: 1:24-cv-20755-DSL-JG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT and defendants ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON, parties to this legal action, by and through their attorneys, do hereby jointly stipulate as follows:

1. All claims by AVR GROUP, LLC, TRIDENT ASSET MANAGEMENT, INC., MICHAEL DZIURGOT against ALEBRIJE ENTERTAINMENT LLC and GUSTAVO MONTAUDON are **DISMISSED WITH PREJUDICE**.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation

Respectfully submitted,

/s/ *Alexander Loftus*                    /s/ *Adam I. Skolnik*
Alexander N. Loftus, Esq.               Adam I. Skolnik, Esq.
FBN: (Pro Hac Vice)                    FBN: 728081
LOFTUS & EISENBERG, LTD.            LAW OFFICE OF ADAM I. SKOLNIK, P.A.
161 N. Clark, Suite 1600             1761 West Hillsboro Boulevard, Suite 207

| | |
|---|---|
| Chicago, Illinois 60601 | Deerfield Beach, Florida 33442 |
| Telephone: (312) 899-6625 | Telephone: (561) 265-1120 |
| Email alex@loftusandeisenberg.com | E-mail: askolnik@skolniklawpa.com |
| Attorneys for Plaintiffs | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Alexander N. Loftus

Alexander N. Loftus, Esq. (Pro Hac Vice)
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
Telephone: (312) 899-6625
alex@loftusandeisenberg.com
Attorneys for Plaintiffs