UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20755-LEIBOWITZ

AVR GROUP, LLC, *et al.*,

    *Plaintiffs*,

v.

ALEBRIJE ENTERTAINMENT LLC
AND GUSTAVO MONTAUDON,

    *Defendants*.

_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal [ECF No. 77] pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The Motion Hearing on August 23, 2024, is **CANCELLED.**

**DONE AND ORDERED** in the Southern District of Florida on August 14, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record